UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| RICHARD J. ISOLDE, Individually and on Behalf of All Others Similarly Situated, § § § <br> Plaintiff, § § <br> vs. § § <br> TRINITY INDUSTRIES, INC., et al., § § <br> Defendants. § § § | Civil Action No. 3:15-cv-02093-K <br><br> <u>CLASS ACTION</u> <br><br> Judge Ed Kinkeade |

**APPENDIX OF EXHIBITS IN SUPPORT OF PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND AND UNITED ASSOCIATION OFFICERS & EMPLOYEES PENSION FUND'S NOTICE OF FILING BY COUNSEL FOR DEPARTMENT OF THE TREASURY OF THE STATE OF NEW JERSEY AND ITS DIVISION OF INVESTMENT**

Attached are true and correct copies of the following exhibits:

Exhibit 1: *Kenney v. Pier 1 Imports, Inc.*, No. 3:15-cv-02798-D, Class Action Complaint for Violations of Federal Securities Laws (N.D. Tex. Aug. 27, 2015);

Exhibit 2: Notice of pendency of *Pier 1* class action published on *Business Wire*, a national business-oriented wire service, on August 27, 2015;

Exhibit 3: *Town of Davie Police Pension Plan v. Pier 1 Imports, Inc.*, No. 3:15-cv-03415-L (N.D. Tex. Oct. 21, 2015); and

Exhibit 4: *Kenney v. Pier 1 Imports, Inc.*, No. 3:15-cv-02798-D, Motion of the Municipal Employees' Retirement System of Michigan for Appointment as Lead Plaintiff, Approval of Its Selection of Lead Counsel, and Consolidation of All Related Actions (N.D. Tex. Oct. 26, 2015);

Exhibit 5: Municipal Employees' Retirement System of Michigan's Loss Chart reflecting purchases and losses only in the extended class period.

DATED: November 11, 2015                     THE LAW OFFICE OF BALON B. BRADLEY
                                             BALON B. BRADLEY, Bar No. 02821700


                                             s/ BALON B. BRADLEY
                                             BALON B. BRADLEY

                                             5473 Blair Road, Suite 100
                                             Dallas, TX  75231
                                             Telephone:  972/991-1582
                                             972/755-0424 (fax)
                                             balon@bbradleylaw.com

                                             [Proposed] Liaison Counsel

                                             ROBBINS GELLER RUDMAN
                                               & DOWD LLP
                                             DARREN J. ROBBINS
                                             DAVID C. WALTON
                                             NATHAN R. LINDELL
                                             TRICIA L. McCORMICK
                                             655 West Broadway, Suite 1900
                                             San Diego, CA  92101-8498
                                             Telephone:  619/231-1058
                                             619/231-7423 (fax)

                                             [Proposed] Lead Counsel for Plaintiff

- 2 -

KENDALL LAW GROUP, LLP
JOE KENDALL (State Bar No. 11260700)
JAMIE J. McKEY (State Bar No. 24045262)
3232 McKinney Avenue, Suite 700
Dallas, TX  75204
Telephone:  214/744-3000
214/744-3015 (fax)

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P. MALONE
4748 Wisconsin Avenue, N.W.
Washington, DC  20016
Telephone:  202/362-0041
202/362-2640 (fax)

Additional Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 11, 2015.

                                            s/ BALON B. BRADLEY
                                            BALON B. BRADLEY

                                            THE LAW OFFICE OF BALON B. BRADLEY
                                            5473 Blair Road, Suite 100
                                            Dallas, TX 75231
                                            Telephone: 972/991-1582
                                            972/755-0424 (fax)

                                            E-mail: balon@bbradleylaw.com