# EXHIBIT 5

# EXHIBIT B

**Municipal Employees' Retirement System of Michigan**
**FIFO or LIFO Loss in Pier 1 Imports, Inc. (PIR)**
Class Period: 12/19/13 - 09/24/15
CUSIP: 36191G107
Retained share price: $7.3748 (09/25/15 - 10/23/15)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/20/2015 | 82,700 | 14.1136 | $1,167,194.06 | | | | | |
| Purchase | 3/30/2015 | 82,700 | 14.1403 | $1,169,402.81 | | | | | |
| Purchase | 4/14/2015 | 90,200 | 13.5416 | $1,221,452.32 | | | | | |
| Purchase | 4/30/2015 | 112,000 | 12.6088 | $1,412,185.60 | Retained | | (367,600) | 7.3748 | ($2,710,962.48) |
| | | 367,600 | | $4,970,234.79 | | | (367,600) | | ($2,710,962.48) |

**Total FIFO or LIFO Loss     ($2,259,272.31)**