UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD J. ISOLDE, Individually and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | Civil Action No. 3:15-CV-02093-K |
| v. | § § | ECF |
| TRINITY INDUSTRIES, INC., TIMOTHY R. WALLACE, and JAMES E. PERRY, | § § § | Judge Ed Kinkeade |
| Defendants. | § | |

## <u>NOTICE OF APPEARANCE OF CHARLES L. BABCOCK</u>

Notice is hereby given that the undersigned attorney, Charles L. Babcock with the firm Jackson Walker L.L.P., enters his appearance on behalf of the Department of the Treasury of the State of New Jersey, and its Division of Investment in this action and consents to electronic service of all document in this action, including all notices, order and opinions issued by the Court pursuant to Local Rule 5.1.(d).

Mr. Babcock is licensed to practice law in the State of Texas, is a member in good standing with the Texas State Bar, and is admitted to practice before the United States District Court for the Northern District of Texas.

<u>**NOTICE OF APPEARANCE OF CHARLES L. BABCOCK**</u>                                                    **Page 1**

Respectfully submitted,

/s/ *Charles L. Babcock*

David Folsom
Texas Bar No. 07210800
Charles L. Babcock
Texas State Bar No. 01479500
David T. Moran
Texas State Bar No. 14419400
**JACKSON WALKER L.L.P.**
2323 Ross Avenue, Suite 600
Dallas, Texas  75201
(214) 953-6000
(214) 953-5822 - Fax
Email: dfolsom@jw.com
Email: cbabcock@jw.com
Email: dmoran@jw.com

Michael B. Himmel
Admitted *Pro Hac Vice*
**LOWENSTEIN SADLER LLP**
6 Becker Farm Road
Roseland, NJ 07068
(973) 597-2500
(973) 597-2400 – Fax
Email: mhimmel@lowenstein.com

Gerald H. Silk
Admitted *Pro Hac Vice*
Avi Josefson
Admitted *Pro Hac Vice*
**BERNSTEIN LITOWITZ BERGER &
GROSSMAN**
1285 Avenue of the Americas
33rd Floor
New York, NY 10019
(212) 554-1400
(212) 779-3218 – Fax
Email: jerry@blbglaw.com
Email: avi@blbglaw.com

**ATTORNEYS FOR DEPARTMENT OF THE
TREASURY OF THE STATE OF NEW
JERSEY, AND ITS DIVISION OF
INVESTMENT**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2015 I electronically filed the above Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

/s/ *Charles L. Babcock*
Charles L. Babcock