**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| RICHARD J. ISOLDE, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TRINITY INDUSTRIES, INC., TIMOTHY R. WALLACE, AND JAMES E. PERRY, <br><br> Defendants. | Case No. 3:15-cv-2093 <br><br> Judge Ed Kinkeade |

**THE DEPARTMENT OF THE TREASURY OF THE STATE OF NEW JERSEY AND ITS DIVISION OF INVESTMENT'S RESPONSE TO MOTION TO CONSOLIDATE**

The Department of the Treasury of the State of New Jersey and Its Division of Investment ("New Jersey"), which has a pending application to be appointed Lead Plaintiff in this action, and has been appointed Lead Plaintiff in *Nemky v. Trinity Industries, Inc., et al.* (Case 3:15-cv-3537-K), submits this letter in response to the Plumbers and Pipefitters National Pension Fund and United Association Local Union Officers & Employees Pension Fund's (the "Plumbers Pension Funds") motion to consolidate this action and the *Nemky* matter, which are both pending before Your Honor.

In their motion, the Plumbers Pension Funds note that their counsel communicated their intent to move to consolidate of the cases. As Lead Plaintiff in the *Nemky* matter and applicant for Lead Plaintiff here, New Jersey recognizes its obligation to carefully consider the impact of such a motion, and we asked to review the application to determine whether consent would be appropriate. Having now had the opportunity to review the filings, New Jersey consents to the consolidation of the matters.

Dated: November 25, 2015

Respectfully Submitted,

/s/ *David Folsom*
David Folsom
Texas State Bar No. 07210800
Charles L. Babcock
Texas State Bar No. 01479500
David T. Moran
Texas State Bar No. 14419400
**JACKSON WALKER LLP**
KPMG Plaza at Hall Arts
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953.6000
Facsimile: (214) 953.5822
dfolsom@jw.com
cbabcock@jw.com
dmoran@jw.com

James M. McCown
Texas State Bar No. 00788002
**NESBITT VASSAR & MCCOWN, L.L.P**
15851 Dallas Parkway, Suite 800
Addison, TX 75001
Telephone: (972) 371-2420
Facsimile: (972) 371-2410
jmccown@nvmlaw.com

*Local Counsel for Proposed Lead Plaintiff, the Department of the Treasury of the State of New Jersey and its Division of Investment*

(Admitted *Pro Hac Vice*)
Michael B. Himmel
New Jersey State Bar No. 016241981
Michael T.G. Long
New Jersey State Bar No. 29622004
**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile:  (973) 597-2400
mhimmel@lowenstein.com
mlong@lowenstein.com

        (Admitted *Pro Hac Vice*)
Gerald H. Silk
New York State Bar No. 2764140
Avi Josefson
New York State Bar No. 4149407
**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554-1400
Facsimile:  (212) 554-1444
jerry@blbglaw.com
avi@blbglaw.com

*Counsel for Proposed Lead Plaintiff the Department of the Treasury of the State of New Jersey and its Division of Investment and Proposed Lead Counsel for the Class*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, November 25, 2015, I electronically filed the above Response by the Department of the Treasury of the State of New Jersey and its Division of Investment to the Motion to Consolidate filed by the Plumbers and Pipefitters National Pension Fund and United Association Local Union Officers & Employees Pension Fund using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ David Folsom*
David Folsom