# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RICHARD J. ISOLDE, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRINITY INDUSTRIES, INC., TIMOTHY R. WALLACE, AND JAMES E. PERRY,<br><br>Defendants. | Case No. 3:15-cv-2093<br><br>Judge Ed Kinkeade |

## NOTICE OF JOINDER IN THE REQUEST FOR ORAL ARGUMENT AND HEARING ON THE PENDING LEAD PLAINTIFF MOTIONS

The Department of the Treasury of the State of New Jersey and Its Division of Investment ("New Jersey") respectfully joins in the request submitted by Plumbers and Pipefitters National Pension Fund and United Association Local Union Officers & Employees Pension Fund for oral argument and hearing on the pending Lead Plaintiff motions (ECF No. 81).

Dated: December 4, 2015

Respectfully Submitted,

*/s/ David Folsom*
David Folsom
Texas State Bar No. 07210800
Charles L. Babcock
Texas State Bar No. 01479500
David T. Moran
Texas State Bar No. 14419400
**JACKSON WALKER LLP**
KPMG Plaza at Hall Arts
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953.6000
Facsimile: (214) 953.5822
dfolsom@jw.com
dmoran@jw.com

James M. McCown
Texas State Bar No. 00788002
**NESBITT VASSAR & MCCOWN, L.L.P**
15851 Dallas Parkway, Suite 800
Addison, TX 75001
Telephone: (972) 371-2420
Facsimile: (972) 371-2410
jmccown@nvmlaw.com

*Local Counsel for Proposed Lead Plaintiff, the Department of the Treasury of the State of New Jersey and its Division of Investment*

(Admitted *Pro Hac Vice*)
Michael B. Himmel
New Jersey State Bar No. 016241981
Michael T.G. Long
New Jersey State Bar No. 29622004
**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile:  (973) 597-2400
mhimmel@lowenstein.com
mlong@lowenstein.com

(Admitted *Pro Hac Vice*)
Gerald H. Silk
New York State Bar No. 2764140
Avi Josefson
New York State Bar No. 4149407
**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554-1400
Facsimile:  (212) 554-1444
jerry@blbglaw.com
avi@blbglaw.com

*Counsel for Proposed Lead Plaintiff the Department of the Treasury of the State of New Jersey and its Division of Investment and Proposed Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this day, December 4, 2015, I electronically filed the above Notice of Joinder in the Request for Oral Argument and Hearing on the Pending Lead Plaintiff Motions using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

                                                            */s/ David Folsom*
                                                            David Folsom