IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD ISOLDE, Individually and on Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:15-CV-2093-K |
| TRINITY INDUSTRIES, INC., TIMOTHY R. WALLACE, and JAMES E. PERRY, | § § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| THOMAS NEMKY, Individually and on Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:15-CV-3537-K |
| TRINITY INDUSTRIES, INC., TIMOTHY R. WALLACE, and JAMES E. PERRY, | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Motion to Consolidate Pursuant to Fed. R. Civ. P. 42 (Doc. No. 79). Plaintiff asks the Court to consolidate this case with recently transferred *Nemky v. Trinity Industries, Inc., et al.*, No 3:15-CV-03537-K. The Court

**GRANTS** the motion. *See* FED. R. CIV. P. 42(a)(2) (court may consolidate cases involving common question of law or fact). All future filings shall be filed in *Richard Isolde v. Trinity Industries, Inc., et al.*, Case No. 3:15-CV-2093-K.

Also pending before the Court are the motions seeking appointment as lead plaintiff and approval of lead counsel.

The Court will consider the issues of lead plaintiff and approval of lead counsel, and issue a separate order addressing these motions.

**SO ORDERED.**

Signed January 11th, 2016.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE