IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD ISOLDE, Individually and on Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:15-CV-2093-K |
| TRINITY INDUSTRIES, INC., TIMOTHY R. WALLACE, and JAMES E. PERRY, | § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court are: (1) Motion of the Department of the Treasury of the State of New Jersey and its Division of Investment for Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel (Doc. No. 8); and (2) Plumbers and Pipefitters National Pension Fund's and United Association Local Union Officers & Employees Pension Fund's Motion for Appointment as Lead Plaintiff and for Approval of Selection of Counsel (Doc. No. 13). The Court **orders** counsel for all parties and movants to appear on **Monday, February 22, 2016, at 5:00 p.m.** for a conference with the Court. Any lead attorney with a conflict on this date must be

ORDER – PAGE 1

communicate this to the Court **in writing within two (2) days from the date this order is signed.**

    **SO ORDERED.**

Signed February 11th, 2016.

                                        _/s/ Ed Kinkeade_
                                        ED KINKEADE
                                        UNITED STATES DISTRICT JUDGE