UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD J. ISOLDE, Individually and on Behalf of All Others Similarly Situated, | § § § | Civil Action No. 3:15-cv-02093-K **(CONSOLIDATED)** |
| Plaintiff, | § § | CLASS ACTION |
| vs. | § § | Judge Ed Kinkeade |
| TRINITY INDUSTRIES, INC., et al., | § § § | |
| Defendants. | § § | |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING
THE SCHEDULE FOR THE CONSOLIDATED COMPLAINT
AND DEFENDANTS' RESPONSE THERETO**

1125630_1

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as attorneys of record for Lead Plaintiffs Plumbers and Pipefitters National Pension Fund, United Association Local Union Officers & Employees' Pension Fund and the Department of the Treasury of the State of New Jersey and its Division of Investment (collectively, "Lead Plaintiffs") and Defendants Trinity Industries, Inc., Timothy R. Wallace and James E. Perry (collectively, "Defendants"), as follows:

1. Lead Plaintiffs shall file a consolidated complaint (the "Complaint") on or before May 11, 2016;

2. Defendants shall answer, move against, or otherwise respond to the Complaint on or before July 13, 2016;

3. In the event Defendants move to dismiss the Complaint, Lead Plaintiffs shall file their opposition to such motion on or before September 2, 2016;

4. In the event Defendants move to dismiss the Complaint, Defendants shall file their reply in further support of such motion on or before October 17, 2016; and

5. Lead Plaintiffs and Defendants reserve all rights and do not waive any rights through this stipulation, including their rights to move to stay or to seek additional adjournments or extensions of the above deadlines.

DATED:  March 14, 2016      KENDALL LAW GROUP, LLP
                            JOE KENDALL (State Bar No. 11260700)
                            JAMIE J. McKEY (State Bar No. 24045262)


                                        */s/ Joe Kendall*
                                          JOE KENDALL

                            3232 McKinney Avenue, Suite 700
                            Dallas, TX  75204
                            Telephone:  214/744-3000
                            214/744-3015 (fax)
                            jkendall@kendalllawgroup.com
                            jmckey@kendalllawgroup.com

- 1 -

1125630_1

JACKSON WALKER LLP
DAVID FOLSOM (State Bar No. 07210800)
CHARLES L. BABCOCK (State Bar No. 01479500)
DAVID T. MORAN (State Bar No. 14419400)
KPMG Plaza at Hall Arts
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: 214/953-6000
214/953-5822 (fax)
dfolsom@jw.com
dmoran@jw.com

*Co-Liaison Counsel for the Class*

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (Admitted *Pro Hac Vice*)
NATHAN R. LINDELL (Admitted *Pro Hac Vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
nlindell@rgrdlaw.com

LOWENSTEIN SANDLER LLP
MICHAEL B. HIMMEL (Admitted *Pro Hac Vice*)
MICHAEL T.G. LONG (Admitted *Pro Hac Vice*)
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
mhimmel@lowenstein.com
mlong@lowenstein.com

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
GERALD H. SILK (Admitted *Pro Hac Vice*)
AVI JOSEFSON (Admitted *Pro Hac Vice*)
JAMES A. HARROD (*Pro Hac Vice* pending)
1285 Avenue of the Americas
New York, New York 10019
Telephone: 212/554-1400
212/554-1444 (fax)
jerry@blbglaw.com
avi@blbglaw.com
jim.harrod@blbglaw.com

*Co-Lead Counsel for the Class*

- 2 -


| | |
|---|---|
| DATED:  March 14, 2016 | SIDLEY AUSTIN LLP<br>YVETTE OSTOLAZA (State Bar No. 00784703)<br>ANGELA C. ZAMBRANO (State Bar No. 24003157)<br>MICHELLE HARTMANN (State Bar No. 24032402) |

<div style="text-align:center">s/ YVETTE OSTOLAZA<br>YVETTE OSTOLAZA</div>

2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Ph: (214) 981-3300
Fax: (214) 981-3400
yvette.ostolaza@sidley.com
angela.zambrano@sidley.com
mhartmann@sidley.com

*Attorneys for Defendants Trinity Industries, Inc., Timothy R. Wallace, and James E. Perry*

BLUME, FAULKNER & SKEEN, PLLC
JAMES D. BLUME (State Bar No. 02514600)
111 W. Spring Valley Road, Suite 250
Richardson, Texas 75081-4060
Ph: (214) 373-7788
Fax: (214) 373-7783
jblume@bfslawgroup.com

*Attorney for Defendants Timothy R. Wallace and James E. Perry*

\*     \*     \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____      _____
THE HONORABLE ED KINKEADE
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this day, March 14, 2016, I electronically filed the foregoing using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

>                             */s/ Joe Kendall*
>                             JOE KENDALL
>                             Texas Bar No. 11260700

1125630_1