IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD J. ISOLDE, Individually and on Behalf of all Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil No. 3:15-CV-2093-K |
| TRINITY INDUSTRIES, INC., et al., | § § | |
| Defendants. | § | |

## SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Local Rules of this Court, the Private Securities Litigation Reform Act of 1995, the Civil Justice Expense and Delay Reduction Plan for the Northern District of Texas, and the Parties' Joint Stipulation and Order Regarding the Schedule for the Consolidated Complaint and Defendants' Response Thereto, filed on March 14,2 016, the Court **ORDERS** as follows:

1. Plaintiffs' shall file their Consolidated Amended Complaint ("Complaint") on or before May 11, 2016.

2. Defendants' shall answer, move against, or otherwise respond to the Complaint on or before July 13, 2016. In the event Defendants move to dismiss the Complaint, Lead Plaintiffs shall file their response in opposition to the motion on or before September 2, 2016, and Defendants shall file any reply on or before October 17, 2016.

The Court will issue another Order for a Report Regarding Contents of Scheduling order to address the remaining deadlines to be set in this case, after there is a ruling, if any, regarding any potential motions that may be filed.

There appears to be no further reason at this time to maintain the file as open for statistical purposes. The Clerk is therefore instructed to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records.

Nothing in this Order shall be considered a dismissal or disposition of this case, and should further proceedings become necessary or desirable, any party or the Court may initiate such further proceedings in the same manner as if this Order had not been entered.

SO ORDERED.

Signed March 21st, 2016.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE