IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD ISOLDE, Individually and on Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:15-CV-2093-K |
| TRINITY INDUSTRIES, INC., TIMOTHY R. WALLACE, JAMES E. PERRY, and GREGORY B. MITCHELL, | § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' Joint Stipulation Regarding the Briefing Schedule for Defendants' Motions to Dismiss the Consolidated Complaint (Doc. No. 133). The Court **GRANTS** the requested relief. Lead Plaintiffs Plumbers and Pipefitters Pension Fund, United Association Local Union Officers & Employees' Pension Fund, and the Department of the Treasury of the State of New Jersey and its Division of Investment must file their response to the Defendants' motions to dismiss **on or before October 4, 2016**. Defendants' must file their replies **on or before November 18, 2016.**

SO ORDERED.

Signed August 24th, 2016.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE

ORDER – PAGE 1