UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD J. ISOLDE, Individually and on Behalf of All Others Similarly Situated, | § § § | |
| | § | Case No. 3:15-cv-02093-K |
| Plaintiff, | § § | |
| | § | ECF |
| v. | § § | |
| | § | Judge Ed Kinkeade |
| TRINITY INDUSTRIES, INC., TIMOTHY R. WALLACE, JAMES E. PERRY, and GREGORY B. MITCHELL, | § § § § | |
| Defendants. | | |

**APPENDIX IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

| | |
|---|---|
| Yvette Ostolaza | Joshua L. Hedrick |
| State Bar No. 00784703 | State Bar No. 24061123 |
| yvette.ostolaza@sidley.com | josh@hedrickkring.com |
| Angela C. Zambrano | |
| State Bar No. 24003157 | |
| angela.zambrano@sidley.com | |
| | |
| SIDLEY AUSTIN LLP | HEDRICK KRING, PLLC |
| | |
| 2021 McKinney Avenue, Suite 2000 | 1700 Pacific Avenue, Suite 4650 |
| Dallas, Texas 75201 | Dallas, Texas 75201 |
| Ph: (214) 981-3300 | Phone: (214) 880-9605 |
| Fax: (214) 981-3400 | Fax: (214) 481-1844 |
| | |
| *Attorneys for Defendants* | *Attorney for Defendant* |
| *Trinity Industries, Inc., Timothy R.* | *Trinity Industries, Inc.* |
| *Wallace, James E. Perry, and* | |
| *Gregory B. Mitchell* | |

Defendants Trinity Industries, Inc., Timothy R. Wallace, and James E Perry, by their counsel, submit this Appendix in support of their reply to Plaintiffs' opposition to their motion to dismiss Plaintiffs' Consolidated Amended Complaint and supporting memorandum.

| Tab | App. | Description |
|---|---|---|
| 43 | 278-285 | Excerpts from trial testimony of Brian Coon, Ph.D., in case styled *Harman v. Trinity Industries, Inc.*, No. 2:12-CV-89, in the United States District Court for the Eastern District of Texas |

Dated: November 18, 2016

Respectfully submitted,

| | |
|---|---|
| s/ Yvette Ostolaza | s/ Joshua L. Hedrick |
| Yvette Ostolaza | Joshua L. Hedrick |
| State Bar No. 00784703 | State Bar No. 24061123 |
| yvette.ostolaza@sidley.com | josh@hedrickkring.com |
| Angela C. Zambrano | |
| State Bar No. 24003157 | |
| angela.zambrano@sidley.com | |
| | |
| SIDLEY AUSTIN LLP | HEDRICK KRING, PLLC |
| | |
| 2021 McKinney Avenue, Suite 2000 | 1700 Pacific Avenue, Suite 4650 |
| Dallas, Texas 75201 | Dallas, Texas 75201 |
| Ph: (214) 981-3300 | Phone: (214) 880-9605 |
| Fax: (214) 981-3400 | Fax: (214) 481-1844 |
| | |
| *Attorneys for Defendants* | *Attorney for Defendant* |
| *Trinity Industries, Inc., Timothy R. Wallace, James E. Perry, and Gregory B. Mitchell* | *Trinity Industries, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2016, I electronically filed the above Appendix in support of Defendants' reply to Plaintiffs' opposition to Defendants' motion to dismiss Plaintiffs' Consolidated Amended Complaint and memorandum in support thereof using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

                                                          s/ Yvette Ostolaza
                                                          Yvette Ostolaza

# TAB 43

Case 2:12-cv-00089-JRG   Document 579   Filed 10/21/14   Page 1 of 209 PageID #: 23401
Case 3:15-cv-02093-K   Document 139   Filed 11/18/16   Page 5 of 12   PageID 2803

1

```
 1                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE EASTERN DISTRICT OF TEXAS
 2                              MARSHALL DIVISION

 3    UNITED STATES OF AMERICA    *    Civil Docket No.
      EX REL JOSHUA HARMAN        *
 4                                *    2:12-CV-89
      VS.                         *    Marshall, Texas
 5                                *
                                  *    October 15, 2014
 6    TRINITY INDUSTRIES, INC. &  *
      TRINITY HIGHWAY             *
 7    PRODUCTS, LLC               *    12:45 P.M.

 8                         TRANSCRIPT OF JURY TRIAL
                     BEFORE THE HONORABLE RODNEY GILSTRAP
 9                      UNITED STATES DISTRICT JUDGE

10    APPEARANCES:

11    FOR THE PLAINTIFFS:         MR. SAM BAXTER
                                  McKool Smith
12                                104 East Houston
                                  Suite  300
13                                Marshall, TX   75670

14                                MR. T. JOHN WARD
                                  Ward & Smith Law Firm
15                                1127 Judson Road, Suite 220
                                  Longview, TX   75606
16
                                  MR. GEORGE CARPINELLO
17                                MR. JEFFREY SHELLY
                                  MS. TERESA MONROE
18                                Boies Schiller & Flexner
                                  30 South Pearl Street
19                                11th Floor
                                  Albany, NY    12207
20

21    APPEARANCES CONTINUED ON NEXT PAGE:

22    COURT REPORTERS:            MS. SHELLY HOLMES, CSR-TCRR
                                  MS. SUSAN SIMMONS, CSR
23                                Official Court Reporters
                                  100 East Houston, Suite 125
24                                Marshall, TX   75670

25    (Proceedings recorded by mechnical stenography, transcript
      produced on CAT system.)
```

Case 2:12-cv-00089-JRG Document 579 Filed 10/21/14 Page 2 of 209 PageID #: 23402
Case 3:15-cv-02093-K Document 139 Filed 11/18/16 Page 6 of 12 PageID 2804

2

```
 1
     APPEARANCES CONTINUED:
 2
     FOR THE PLAINTIFFS:      MR. NICHOLAS GRAVANTE
 3                            Boies Schiller & Flexner
                              575 Lexington Avenue
 4                            New York, NY    10022

 5                            MS. KAREN DYER
                              Boies Schiller & Flexner
 6                            121 South Orange Avenue
                              Orlando, FL    32801
 7
                              MR. JOSH MANESS
 8                            Attorney at Law
                              P.O. Box 1785
 9                            Marshall, TX    75671

10                            MR. KURT TRUELOVE
                              Truelove Law Firm
11                            207 North Wellington
                              Marshall, TX    75670
12
                              MR. STEVEN LAWRENCE
13                            The Lawrence Firm
                              700 Lavaca Street, Suite 1400
14                            Austin, TX    78701

15                            MS. DEBBIE SEIDEL
                              DurretteCrump
16                            1111 East Main Street
                              16th Floor
17                            Richmond, VA    23219

18
     FOR THE DEFENDANTS:      MR. ETHAN SHAW
19                            Shaw & Cowart
                              1609 Shoal Creek Blvd.
20                            Suite 100
                              Austin, TX    78701
21
                              MS. SARAH TEACHOUT
22                            Akin Gump
                              1700 Pacific Ave., Suite 4100
23                            Dallas, TX    75201

24                            MR. RUSSELL C. BROWN
                              Attorney at Law
25                            P.O. Box 1780
                              Henderson, TX    75653
```

Case 2:12-cv-00089-JRG  Document 579  Filed 10/21/14  Page 3 of 209 PageID #: 23403
Case 3:15-cv-02093-K  Document 139  Filed 11/18/16  Page 7 of 12  PageID 2805

3

```
 1
    FOR THE DEFENDANTS:     MR. J. MARK MANN
 2                          Mann, Tindel & Thompson
                            300 West Main
 3                          Henderson, TX   75652

 4                          MR. MIKE C. MILLER
                            Attorney at Law
 5                          201 West Houston
                            Marshall, TX    75670
 6
                            MR. GEORGE BRAMBLETT
 7                          Haynes & Boone
                            901 Main Street
 8                          Suite 3100
                            Dallas, TX   75670
 9
                            MR. JAMES HO
10                          Gibson Dunn & Crutcher
                            2100 McKinney AVenue
11                          Suite 1100
                            Dallas, TX   75201
12

13         ****************************************
    Taylor
14
                      P R O C E E D I N G S
15

16         (In-chambers hearing.)

17         THE COURT:  All right.  I've got a few things I

18  need to take up with you, and I'm going to try and do it as

19  expeditiously as possible so we don't delay getting the jury

20  back in the box.

21         First of all, when we recessed for lunch, the

22  Court Security Officer came to me in chambers and said that

23  one of the jurors, No. 2, Mr. Kirkland, came to him and told

24  him privately on the way out to the recess for lunch that

25  something was bothering him.  And he told him that during
```

280

Case 2:12-cv-00089-JRG   Document 579   Filed 10/21/14   Page 24 of 209 PageID #: 23424
Case 3:15-cv-02093-K   Document 139   Filed 11/18/16   Page 8 of 12   PageID 2806

24

```
 1          BRIAN COON, Ph.D., PLAINTIFF'S WITNESS, SWORN
 2                        DIRECT EXAMINATION
 3   BY MS. DYER:
 4   Q.   Good afternoon, Dr. Coon.
 5   A.   My name is Brian Allen Coon.
 6   Q.   Could you just briefly describe your formal educational
 7   background?
 8   A.   I have a bachelor's degree in mechanical engineering
 9   from the University of Iowa, a master's degree in civil
10   engineering from the University of Nebraska at Lincoln.  I
11   have a Ph.D. in engineering from the University of Nebraska.
12   And I have a law degree from the University of Nebraska
13   College of Law.
14   Q.   What was your course of study for your Ph.D. or your
15   doctorate?
16   A.   I did accident reconstructions of guardrails and
17   guardrail end terminals.
18              THE COURT:  Dr. Coon, please pull the microphone a
19   little closer.  You're a bit soft-spoken.  I want to make
20   sure everybody hears you.
21              Continue, Counsel.
22              MS. DYER:  Thank you, Your Honor.
23   Q.   (By Ms. Dyer) And what did you do for your dissertation,
24   Dr. Coon?
25   A.   I developed reconstruction techniques for guardrail end
```

Case 2:12-cv-00089-JRG   Document 579   Filed 10/21/14   Page 108 of 209 PageID #: 23508
Case 3:15-cv-02093-K   Document 139   Filed 11/18/16   Page 9 of 12   PageID 2807

108

1  A. No.
2  Q. Did you ever perform any crash testing on any of the end
3  terminals that Mr. Harman made that had four-inch guide
4  channels?
5  A. The -- the custom -- I apologize, I don't remember the
6  name of them. No, I did not.
7  Q. So you never performed any type of crash testing, static
8  testing on any of the end terminals with four-inch guide
9  channels that were made by Mr. Harman?
10 A. No, I did not.
11 Q. Did you ever measure them?
12 A. No, I did not.
13 Q. Did you ever ask for one?
14 A. No, I did not.
15 Q. Did anybody ever tell you that Mr. Harman made end
16 terminals with four-inch guide channels and placed them onto
17 the roadway?
18 A. I became aware of that at some point, yes.
19 Q. When you became aware of it, did you ask to look at them
20 and -- and see how they compared to what you were saying to
21 the -- in your reports and in your testimony?
22 A. No, I did not.
23 Q. Let's talk about the flared ET testing. You understand
24 there's a difference between a tangent ET -- or a tangent
25 end terminal and a flared end terminal? Do you understand

Case 2:12-cv-00089-JRG   Document 579   Filed 10/21/14   Page 109 of 209 PageID #: 23509
Case 3:15-cv-02093-K   Document 139   Filed 11/18/16   Page 10 of 12   PageID 2808

109

1  the difference?
2  A.  The -- the implementation, yes.
3  Q.  Do you understand that the flared ET terminal test that
4  you were looking at have never been commercialized, the
5  product?
6  A.  The entire terminal, as in --
7  Q.  The system?
8  A.  -- the posts and the line -- that is my understanding
9  that it has not been specifically marketed.
10 Q.  In fact, it's never been commercialized and placed into
11 the market to -- to be sold, has it?
12 A.  Not to my knowledge.
13 Q.  And is that because the people at TTI determined that
14 those are failed tests?
15 A.  That would be my assumption, yes.
16 Q.  So when you're talking to the Ladies and Gentlemen of
17 the Jury about fail -- about a failed test for a flared ET
18 end terminal, you understood and understand now, do you not,
19 that that product has never been commercialized and has
20 never been placed on the roadway by Trinity Highway
21 Products; is that correct?
22 A.  Trinity doesn't install guardrails, so no.
23 Q.  Has it ever been placed on the roadway by anyone that
24 you're aware of with Trinity's approval, blessing of any
25 nature?

Case 2:12-cv-00089-JRG   Document 579   Filed 10/21/14   Page 110 of 209 PageID #: 23510
Case 3:15-cv-02093-K   Document 139   Filed 11/18/16   Page 11 of 12   PageID 2809

110

1   A.  No blessing to my knowledge.
2   Q.  Okay.  And you understand that Trinity doesn't install
3   end terminals on the roadway, do they?
4   A.  I apologize, I misanswered the last question.
5   Q.  Okay.  Do you understand that Trinity doesn't install
6   end terminals on the roadway?  You understand that?
7   A.  I do.
8   Q.  You understand that Trinity fabricates metal and creates
9   an end terminal at its facilities.  You understand that?
10  A.  That's my understanding, yes.
11  Q.  You understand that TTI is the designer of highway
12  safety products, including end terminals, such as the
13  ET-Plus.  You understand that?
14  A.  Yes, to -- it's my understanding generally.
15  Q.  You understand, do you not, sir, that there are
16  differences between the experimental, never commercialized
17  flared ET end terminal and the ET-Plus like we have here in
18  front of us.  You understand that, do you not?
19  A.  The terminal heads were identical to what we have in
20  front of us.
21  Q.  You understand, do you not, Dr. Coon, that an end
22  terminal is comprised of something more than just the head?
23  A.  I can't -- the answer you asked me for was misphrased.
24  You said the terminal before us, and it's the -- the head
25  before us.

Case 2:12-cv-00089-JRG   Document 579   Filed 10/21/14   Page 209 of 209 PageID #: 23609
Case 3:15-cv-02093-K   Document 139   Filed 11/18/16   Page 12 of 12   PageID 2810

209

```
 1
 2
 3
 4                         CERTIFICATION
 5
 6            I HEREBY CERTIFY that the foregoing is a true
 7   and correct transcript from the stenographic notes of the
 8   proceedings in the above-entitled matter to the best of my
 9   ability.
10
11
12
13   /s/_Shelly Holmes_____                   __10/15/14_____
     SHELLY HOLMES, CSR, TCRR                           Date
14   Official Court Reporter
     State of Texas No.:  7804
15   Expiration Date  12/31/14
16
17   /s/_Susan Simmons_____                   _____10/15/14_____
     SUSAN SIMMONS, CSR                        Date
18   Deputy Court Reporter
     State of Texas No.:  267
19   Expiration Date  12/31/14
20
21
22
23
24
25
```