UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD J. ISOLDE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRINITY INDUSTRIES, INC., et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:15-cv-02093-K<br>**(CONSOLIDATED)**<br><br>CLASS ACTION<br><br>Judge Ed Kinkeade |

**ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS**

THIS MATTER having come before the Court on Plaintiffs' motion for approval of the Plan of Allocation of net settlement proceeds in the above-captioned Action; the Court having considered all papers filed and proceedings had herein; and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all persons and entities who are Class Members advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all persons and entities who are Class Members to be heard with respect to the Plan of Allocation.

2. The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants that is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") sent to Class Members, provides a fair and reasonable basis upon which to allocate the net settlement proceeds established by the Stipulation among Class Members, with due consideration having been given to administrative convenience and necessity.

3. The Court hereby finds and concludes that the Plan of Allocation set forth in the Notice is in all respects fair and reasonable and the Court hereby approves the Plan of Allocation.

IT IS SO ORDERED.

Signed March 31st, 2020.

Ed Kinkeade

ED KINKEADE
UNITED STATES DISTRICT JUDGE